# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JUAN & CLARA FRANCO<br><br>Plaintiff(s),<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORP.<br>Defendant(s). | CASE NUMBER<br>CV  12-04388 PA (Ex)<br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |
|---|---|

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of   Defendant Cal-Western Reconveyance Corp.   for the following reason(s)

☐ No declaration as required by F.R.Civ.P 55(a)
☐ No proof of service/waiver of service on file
☐ The name of the person served does not exactly match the complaint
☐ Proof of Service is lacking required information.
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☒ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file  *Cal-Western Reconveyance Corporation filed a Declaration of Non-Monetary Status on 6/13/2012.*
☐ Request forwarded to assigned Judge for consideration
☐ Party dismissed from action on   _____
☐ Case terminated on   _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.


The Clerk cannot enter the requested **Default Judgment** against_____for the following reason(s)
☐ No Entry of Default on file
☐ No declaration of as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person.
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55.3
☐ Amount sought for costs is incorrect
☐ Case terminated on   _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

Date_____8/1/2012_____         By _____G. Kami____(213) 894-0747_
                                                                      Deputy Clerk